IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02214-GPG

PHILLIP QUINK,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiff Phillip Quink resides in Durango, Colorado.   Plaintiff initiated this action by submitting *pro se* to the Court a Letter, ECF No. 1, and attachments that address the suspension of his wildlife license privileges in the State of Colorado.

    Magistrate Judge Gordon P. Gallagher entered an order on September 14, 2017, that found deficiencies with the filings.   Plaintiff was directed to file an Application to Proceed in District Court without Prepaying Fees or Costs or in the alternative to pay the $400 filing fee in full.   ECF No. 3 at 1-2.   Plaintiff also was directed to submit his claims on a proper Court-approved Complaint form.   *Id.* at 2.   Plaintiff was warned that if he failed to cure the noted deficiencies within the time allowed the Complaint and action would be dismissed without further notice.   *Id.*

    Because Plaintiff now has failed to comply with the September 14, 2017 Order within the time allowed, the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal Plaintiff must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   17th   day of    October   , 2017.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court