IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02214-LTB

PHILLIP QUINK,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 17, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of October, 2017.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ A. Garcia Garcia
    Deputy Clerk